No. 87–1576.  UPADHYA v. LANGENBERG ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–1618.  LEWICKI v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 87–1652.  ADAM v. KERR-MCGEE CHEMICAL CORP.  C. A. 5th Cir.  Certiorari denied.

No. 87–1655.  BOBB ET AL. v. OSTLUND.  C. A. 9th Cir.  Certiorari denied.

No. 87–1665.  MCCARTY RANCH TRUST ET AL. v. CRAIG, TRUSTEE OF CASSIDY LAND & CATTLE CO., INC.  C. A. 8th Cir.  Certiorari denied.

No. 87–1666.  ARRIAGA-ZAYAS ET AL. v. INTERNATIONAL LADIES GARMENT WORKERS' UNION, PUERTO RICO COUNCIL LOCAL 600–601, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 87–1672.  LEE SECK MON ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (GUESS?, INC., ET AL., REAL PARTIES IN INTEREST).  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 87–1680.  MILLS ET AL. v. FRANCO FOOD EQUIPMENT, INC., ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 87–1682.  CHRYSLER WORKERS ASSN. ET AL. v. CHRYSLER CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–1683.  JABE, WARDEN v. ALEXANDER.  C. A. 6th Cir.  Certiorari denied.

No. 87–1695.  GREAT LAKES DREDGE & DOCK CO. v. CHEVRON TRANSPORT CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–1741.  CORBELL ET AL. v. STEVENS.  C. A. 5th Cir.  Certiorari denied.

No. 87–1806.  MAIRONE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.